# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2020

161273-4 & (28)(34)(39)

*In re* MONTANO

_____

MARIO ALLEN MONTANO
        Plaintiff-Appellant,

v

OAKLAND CIRCUIT COURT JUDGE,
        Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161273-4
COA: 353392; 353410

On order of the Chief Justice, the plaintiff-appellant's interlocutory application, motion to amend the application filed on May 4, 2020, and motions to add issues filed on May 6, 2020, and May 12, 2020, are ADMINISTRATIVELY DISMISSED for failure to pay the filing fees as directed by the Court's order of May 28, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2020



Clerk